Andrew WILSON, Appellant,

v.

STEUART TRANSPORTATION COM-
PANY, Appellee.

No. 71–1567.

United States Court of Appeals,
Fourth Circuit.

Nov. 16, 1971.

Joseph F. Lentz, Jr., Baltimore, Md., on the brief for appellant.

Willaim B. Ewers, Baltimore, Md., on the brief for appellee.

Before BRYAN, WINTER and CRA-VEN, Circuit Judges.

PER CURIAM:

Andrew Wilson, a seaman, injured his elbow while working on a tug owned by Steuart Transportation Company. He filed a complaint in the District Court alleging negligence and unseaworthiness. At the conclusion of the plaintiff's testimony, the District Court granted defendant's motion for dismissal pursuant to Rule 41(b), Federal Rules of Civil Procedure, concluding that the plaintiff had not sustained his burden of showing either negligence or unseaworthiness.

We have considered both the record and the briefs and can perceive no error. Accordingly, the judgment of the District Court is affirmed without oral argument.

Affirmed.

Lincoln Roy BUCKLEY and Everlast-Saw
and Carbide Tools, Inc., Plaintiffs-
Appellants,

v.

Thomas C. GIBNEY, Deputy District Di-
rector Immigration and Naturalization
Service for the District of New York,
Defendant-Appellee.

EVERLAST–SAW AND CARBIDE
TOOLS, INC., and Lincoln Roy Buck-
ley, Plaintiffs-Appellants,

v.

IMMIGRATION AND NATURALIZA-
TION SERVICE, Defendant-Appellee.

Nos. 147, 148, Dockets 71–1342, 71–1666.

United States Court of Appeals,
Second Circuit.

Argued Sept. 17, 1971.

Decided Sept. 17, 1971.

Charles A. Giulini, Jr., Brooklyn, N. Y., for plaintiffs-appellants.

Joseph P. Marro, Sp. Asst. U. S. Atty., New York City (Whitney North Seymour, Jr., U. S. Atty. for Southern District of New York, Stanley H. Wallenstein, Sp. Asst. U. S. Atty., New York City, of counsel), for defendants-appellees.

Before KAUFMAN, ANDERSON and FEINBERG, Circuit Judges.

PER CURIAM:

The order of Judge Wyatt is affirmed on the basis of his opinion below, 332 F.Supp. 790, and the order of Judge Croake is affirmed on the basis of his memorandum below.